IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES E. WHITNEY WENNERSTEIN
ADC #163817                                                                                    PLAINTIFF

v.                                    No. 4:25-cv-744-DPM

STACEY PECTOL, Criminal Justice
Coordinator, Supreme Court of Arkansas;
KAREN BAKER, Chief Justice, Arkansas
Supreme Court; and COURTNEY
HUDSON, RHONDA WOOD, SHAWN
WOMACK, BARBARA WOOD, CODY
HILAND, and NICHOLAS BRONNI,
Associate Justices, Arkansas Supreme
Court                                                                                          DEFENDANTS

ORDER

1. Wennerstein is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. E.g., *Whitney v. Trump*, No. 5:17-cv-199-JLH (E.D. Ark.); *Whitney v. Glover*, No. 5:17-cv-327-JLH (E.D. Ark.); *Wennerstein v. Kelley*, No. 5:19-cv-154-BRW (E.D. Ark.). Nothing in Wennerstein's new complaint, Doc. 1, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Wennerstein's motion to proceed *in forma pauperis*, Doc. 2, is therefore denied. And his complaint will be dismissed without prejudice.

2.      If Wennerstein wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 22 September 2025.  An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025