IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES E. WHITNEY WENNERSTEIN
ADC #163817                                                                PLAINTIFF

v.                        No. 4:25-cv-744-DPM

STACEY PECTOL, Criminal Justice
Coordinator, Supreme Court of Arkansas;
KAREN BAKER, Chief Justice, Arkansas
Supreme Court; and COURTNEY
HUDSON, RHONDA WOOD, SHAWN
WOMACK, BARBARA WOOD, CODY
HILAND, and NICHOLAS BRONNI,
Associate Justices, Arkansas Supreme
Court                                                                       DEFENDANTS

## JUDGMENT

Wennerstein's complaint is dismissed without prejudice.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

20 August 2025