# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES E. WHITNEY WENNERSTEIN
ADC #163817                                                                PLAINTIFF

v.                              No. 4:25-cv-744-DPM

STACEY PECTOL, Criminal Justice
Coordinator, Supreme Court of Arkansas;
KAREN BAKER, Chief Justice, Arkansas
Supreme Court;  and COURTNEY
HUDSON, RHONDA WOOD, SHAWN
WOMACK, BARBARA WOOD, CODY
HILAND, and NICHOLAS BRONNI,
Associate Justices, Arkansas Supreme
Court                                                                        DEFENDANTS

## ORDER

The Court stands by its ruling that Wennerstein is a three-striker. *Gonzalez v. United States*, 23 F.4th 788, 789-91 (8th Cir. 2022).  He failed to state a claim in *Whitney v. Trump*, No. 5:17-cv-199-JLH (E.D. Ark.), *Doc. 5*.  He also failed to state a claim in *Whitney v. Glover*, No. 5:17-cv-327-JLH (E.D. Ark.), *Doc. 4*.  And his complaint was dismissed as frivolous in *Wennerstein v. Kelley*, 5:19-cv-154-BRW, *Doc. 25 & 26*.  All these are strikes.  28 U.S.C. § 1915(g).  Wennerstein's motion to reopen his case, *Doc. 8*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>10 September 2025</u>